DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

FIRST WATER RESTORATION, LLC, a/a/o
MARIA CONSUELO RIVERA,

Appellant,

v.

CITIZENS PROPERTY INSURANCE CORPORATION,

Appellee.

No. 2D2025-2703

_____

August 14, 2026

Appeal from the Circuit Court for Hillsborough County; Christopher E. Brown, Judge.

Daniel V. McNichol, Fatima Abreu and Sylvia P. Weir of Weir Law, P.A., South Miami, for Appellant.

David C. Borucke of Cole, Scott & Kissane, P.A., Tampa, for Appellee.


PER CURIAM.

 Affirmed.

SLEET, ROTHSTEIN-YOUAKIM, and SMITH, JJ., Concur.

_____

Opinion subject to revision prior to official publication.